# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TERRELL BYARD,                           : No. 113 EM 2016
                                         :
                    Petitioner           :
                                         :
                                         :
                                         :
             v.                          :
                                         :
                                         :
                                         :
TREVOR WINGARD, ET AL.,                  :
                                         :
                    Respondent           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.